# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of American, for use and benefit of Fargo Glass & Paint Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Alutiiq International Solutions, LLC and Safeco Insurance Company of America, | ) ) ) | Case No. 4:11-cv-035 |
| Defendants. | ) | |

Before the court is the defendants' motion for attorney Kevin A. Rosenfield to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kevin A. Rosenfield has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the defendants' motion (Docket No. 5) is **GRANTED**. Attorney Kevin A. Rosenfield is admitted to practice before this court in the above-entitled action on behalf of the defendants.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge