## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, for the use and benefit of Fargo Glass &Paint Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Alutiiq International Solutions, LLC and Safeco Insurance Company of America, | ) ) ) | |
| | ) | Case No. 4:11-cv-035 |
| Defendants. | ) | |

The parties have advised the court that they have reached a settlement agreement. The terms of the settlement contemplates that litigation and all related activities shall be stayed and the case shall remain open until a Stipulation of Dismissal is filed.

Accordingly, the above-entitled action shall be stayed pending further order of the court. The final pretrial conference set for October 3, 2012, at 1:30 p.m. is cancelled. The trial set for October 15, 2012, is also canceled.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2011.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court