# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, for the use and benefit of Fargo Glass & Paint Company, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Alutiiq International Solutions, LLC, and Safeco Insurance Company of America, | ) ) | Case No. 4:11-cv-035 |
| Defendants. | ) ) | |

The parties advised the court in October 2011 that they had reached a settlement agreement, the terms of which contemplated that the litigation and all related activities be stayed and that the case remain open until a Stipulation of Dismissal is filed. Consequently, on October 11, 2011, the court issued an order staying the above-entitled action.

Almost sixteen months have passed since the court issued the order staying this action. The parties are directed to submit a brief report on the status of this matter with the court by March 24, 2013.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court