# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, for the use and benefit of Fargo Glass & Paint Company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Alutiiq International Solutions, LLC, and Safeco Insurance Company of America, | ) ) ) | Case No. 4:11-cv-035 |
| Defendants. | ) | |

On April 3, 2013, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 20) and **ORDERS** that this action be dismissed with prejudice and without costs to any party.

Dated this 4th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court